UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WESTON,<br><br>           Plaintiff,<br><br>     v.<br><br>A. FERNANDEZ,<br><br>           Defendant. | Case No. 1:19-cv-01031-JLT (PC)<br><br>**ORDER RESCHEDULING TELEPHONIC SETTLEMENT CONFERENCE** |

Due to restrictions on inmate movements imposed as a result of the COVID-19 pandemic, the Court continues the telephonic settlement conference in this matter to **August 17, 2020, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:   **June 10, 2020**                         **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE