1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN F. WESTON,                          Case No. 1:19-cv-01031-JLT (PC)

12                    Plaintiff,

13           v.                                 **ORDER GRANTING DEFENDANT'S
                                                REQUEST TO CONTINUE TELEPHONIC
                                                SETTLEMENT CONFERENCE**
14    A. FERNANDEZ,
                                                (Doc. 23)
15                    Defendant.

16

17          This matter is set for a telephonic settlement conference on August 17, 2020. Due to

18    restrictions on inmate movements imposed in response to the COVID-19 pandemic, the

19    California Department of Corrections and Rehabilitation has asked defense counsel to request

20    continuances of scheduled court appearances, wherever possible, through the end of August 2020.

21    (Doc. 23 at 3, 6-7.) Defendant therefore requests a continuance of the settlement conference. (*Id.*

22    at 1, 3.) Good cause appearing, the Court GRANTS Defendant's request and continues the

23    settlement conference to **October 15, 2020, at 9:00 am.**

24

25    IT IS SO ORDERED.

26       Dated:   __July 26, 2020__              _____/s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE
27

28