# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WESTON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>A. FERNANDEZ,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-01031-JLT  (PC)<br><br>AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TELEPHONIC APPEARANCE OF JOHN F. WESTON, CDCR NO. V90276<br><br>DATE: OCTOBER 15, 2020<br>TIME: **10:00 A.M.** |

　　　　John F. Weston, CDCR # V90276, the plaintiff in this case and a necessary participant in court proceedings on OCTOBER 15, 2020, is confined at Valley State Prison in Chowchilla, California, in the custody of the Warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate for a <u>telephonic appearance</u> before Magistrate Judge Jennifer L. Thurston, U.S. District Court, Eastern District of California, on OCTOBER 15, 2020, at **10:00 A.M.**

## ACCORDINGLY, THE COURT ORDERS:

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate <u>telephonically</u> in court proceedings before Magistrate Judge Jennifer L. Thurston on the date and time above, until completion of the proceedings or as ordered by the court.

　　　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Valley State Prison**

　　　　**WE COMMAND** you to produce the inmate named above to testify telephonically before Magistrate Judge Jennifer L. Thurston on the date and time above, using telephone number 888-557-8511, access code 1652736, until completion of the proceedings or as ordered by the court.

　　　　**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　　Dated:  **October 4, 2020**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE