# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WESTON,<br><br>            Plaintiff,<br><br>      v.<br><br>A. FERNANDEZ,<br><br>            Defendant. | Case No. 1:19-cv-01031-AWI-JLT (PC)<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 32) |

Defendant requests that the Court modify its discovery and scheduling order by extending the dispositive-motion deadline by 90 days. (Doc. 32.) The current deadline is May 17, 2021. (Doc. 30.) Upon review of the motion, including defense counsel's supporting declaration, the Court finds good cause to grant the request in part. Accordingly, Defendant's motion is GRANTED IN PART and the dispositive-motion deadline is extended by 60 days. The deadline for filing pretrial dispositive motions is now July 16, 2021. All other deadlines remain in effect.

IT IS SO ORDERED.

    Dated:  **May 17, 2021**                    _/s/ Jennifer L. Thurston_
                                            CHIEF UNITED STATES MAGISTRATE JUDGE